**Opinion filed November 17, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00248-CV

_____

## TNC ENERGY, LLC, Appellant

## V.

## CRESCENT SUPPLY COMPANY, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 10328-D**

## M E M O R A N D U M   O P I N I O N

Appellant, TNC Energy, LLC, timely filed a restricted appeal from a final default judgment signed by the trial judge on April 10, 2015. Soon thereafter, Appellant filed in this court a notice indicating that it was the subject of an involuntary bankruptcy proceeding, and we immediately abated the appeal. *See* TEX. R. APP. P. 8.1, 8.2. Over the past several years, we have requested that the parties inform this court of the status of the bankruptcy proceedings or any other

event that would allow this appeal to be reinstated. *See* TEX. R. APP. P. 8.3. On October 26, 2022, Appellant advised this court that "the Bankruptcy was fully administered and closed, which included a discharge of the remaining claim by Crescent Supply Company" against Appellant. Appellant therefore suggested that this appeal could be reinstated and dismissed.

After receiving the notification from Appellant regarding the discharge in bankruptcy, we informed the parties by letter that the appeal appeared to be moot and subject to dismissal. We requested that the parties respond and show grounds to continue the appeal. *See* TEX. R. APP. P. 42.3. Neither of the parties did so.

Accordingly, we dismiss this appeal.

PER CURIAM

November 17, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2